Henry Cook **SALISBURY**, Appellant,

v.

T. Ralph **GRIMES**, Sheriff of Fulton County, Georgia, Appellee.

No. 26179.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 1970.

Albert M. Horn, Glenn Zell, Atlanta, Ga., for appellant.

Lewis R. Slaton, Sol. Gen., J. Robert Sparks, J. Walter LeCraw, Tomy H. Hight, Asst. Sols. Gen., Atlanta, Ga., for appellee.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLD-BERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK and INGRAHAM, Circuit Judges.

BY THE COURT:

It is ordered that the judgment of the District Court is vacated and the case is remanded to the District Court with directions to dismiss the cause as moot.

Franklin Everett **BRANAMEN**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 24922.

United States Court of Appeals, Ninth Circuit.

Oct. 5, 1970.

Franklin Everett Branamen, in pro. per.

James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for appellee.

Before HAMLEY, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

In this proceeding under 28 U.S.C. § 2255 the district attorney confesses error in the failure of the district court, pursuant to 18 U.S.C. § 4244, to determine the competency of Branamen, following arrest and prior to imposition of sentence. Morris v. United States, 414 F.2d 258 (9th Cir. 1969).

The matter should be remanded to the district court with directions to proceed as provided in said Section 4244; if that court determines that Branamen was mentally incompetent when entering his plea, the judgment of conviction and sentence must be vacated and further proceedings taken; otherwise, the judgment and sentence shall stand and this proceeding be dismissed.

It is so ordered.